## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David G. Velde, as Trustee of the Daniel S. Miller Bankruptcy Estate,<br><br>    Plaintiff,<br><br>v.<br><br>Curt Amundson (CV-05-788),<br>Dacian Bienek Farms, Inc. (CV-05-789),<br>Bradley Nelson (CV-05-793),<br><br>    Defendants. | Civil File Nos.   05-788 (RHK/RLE)<br>                      05-789 (RHK/RLE)<br>                      05-793 (RHK/RLE)<br><br>**AMENDED ORDER FOR SUBMISSION OF TRIAL MATERIALS** |

Trial in the above three cases will begin August 7, 2006, in Fergus Falls.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By July 20, 2005:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By July 27, 2005:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and

      objected to deposition testimony shall be furnished simultaneously to the Court); and

(3)    Replies to Trial Briefs.

By <u>August 3, 2005</u>:  Responses to the Written Objections.

Dated:  June 28, 2006

                                    <u>s/Richard H. Kyle</u>
                                    RICHARD H. KYLE
                                    United States District Judge